ANNIE L. FEIGHAN, APPELLANT, v. JACOB SOBERS AND AARON SOBERS, RESPONDENTS.

Submitted March 23, 1914—Decided May 8, 1914.

On appeal from the Supreme Court, whose opinion is reported in 84 *N. J. L.* 575.

For the appellant, *Harrison H. Voorhees.*

For the respondents, *Ulysses G. Styron* and *John F. X. Rees.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Voorhees in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, GARRISON, SWAYZE, TRENCHARD, BERGEN, MINTURN, BOGERT, VREDENBURGH, WHITE, HEPPENHEIMER, JJ.   11.

*For reversal*—None.